IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

    Plaintiff,                            No. CIV S-04-0878 GEB DAD P

    vs.

C/O KISSENGER, et al.,

    Defendants.                  <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief under 42 U.S.C. § 1983.  The proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 72-302 and 28 U.S.C. § 636(b)(1).

        Plaintiff previously moved to add a defendant.  The court construed plaintiff's motion as a request for leave to amend, and granted the request.  Plaintiff has moved to strike his previous motion and to proceed on the original complaint.  This motion will be granted.

        The court finds that plaintiff's original complaint appears to state cognizable claims against the defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  Plaintiff will be directed to submit the documents required to effect service of his complaint on the defendants.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 25, 2004 motion to strike his previous motion and to proceed on his original complaint is granted.

2. Plaintiff's May 3, 2004 petition for criminal certification and referral, October 27, 2004 request for decision, and June 9, 2005 request for status are denied.

3. Service is appropriate for the following nine defendants: C/O Kissenger; C/O Baker; C/O Qualls; Sgt. Peery; Sgt. Money; Lt. Ingwerson; MTA Garrison; Lt. Norlin; and D.L. Runnels.

4. The Clerk of the Court shall send plaintiff nine USM-285 forms, one summons, an instruction sheet, and a copy of the complaint filed May 3, 2004.

5. Within thirty days from the date of this order, plaintiff shall complete and sign the attached Notice of Submission of Documents and submit all of the following documents to the court simultaneously:

    a. The completed, signed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 2 above; and

    d. Ten true and exact copies of the endorsed complaint filed May 3, 2004.

6. Plaintiff shall not attempt service of process on the defendants and shall not request waivers of service of summons. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the specified defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: December 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
davi0878.1a

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES T. DAVIS, | | |
| | Plaintiff, | No. CIV S-04-0878 GEB DAD P |
| vs. | | |
| C/O KISSENGER, et al., | | NOTICE OF SUBMISSION |
| | Defendants. | OF DOCUMENTS |
| _____/ | | |

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____ <u>one</u> completed summons form;

     _____ <u>nine</u> completed USM-285 forms; and

     _____ <u>ten</u> true and exact copies of the endorsed complaint filed May 3, 2004.

DATED: _____.


                                                             Plaintiff