IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES T. DAVIS,** | Case No. 2:04-CIV-0878 GEB DAD P |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| **C/O KISSENGER, et al.,** | |
| Defendants. | |
| _____/ | |

Good cause appearing, defendants' March 30, 2006 request for an extension of time to file their responsive pleading is granted. Defendants' responsive pleading is due on or before May 1, 2006.

**IT IS SO ORDERED.**

DATED: March 31, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/davi0878.extresp

1