IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES T. DAVIS,** | 2:04-CIV-0878 GEB DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **C/O KISSENGER, et al.,** | |
| Defendants. | |

On May 10, 2006, Defendants filed a request for an extension of time to file their reply to Plaintiff's May 8, 2006, opposition to Defendants' April 28, 2006, motion to dismiss. Defendants' reply is due May 18, 2006.  Defendants explain that their counsel's schedule in the next several weeks is full, particularly with four depositions, one of which is scheduled to be conducted at Avenal State Prison that may require two days with travel.  These four depositions involve four counsel.

**IT IS SO ORDERED.**  Good cause being found, Defendants are granted to and including June 8, 2006, in which to file their reply.

DATED: May 11, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
davis878.eot

[Proposed] Order

1