IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

     Plaintiff,                        2:04-cv-0878-GEB-DAD-P

    vs.

C/O KISSENGER, et al.,

     Defendants.           <u>ORDER</u>

_____/

        On December 20, 2005, the Magistrate Judge issued an order denying plaintiff's May 3, 2004 petition for criminal certification. On May 15, 2006, plaintiff filed a motion to set aside the order denying criminal certification. "Rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten (10) court days calculated from the date of service of the ruling on the parties." Local Rule 72-303(b). Plaintiff's motion to set aside the ruling served on December 20, 2005, will be denied as untimely.

        On May 11, 2006, the Magistrate Judge issued an order granting defendants' request for an extension of time to file a reply to plaintiff's opposition to defendants' motion to dismiss. On May 23, 2006, plaintiff filed a motion to set aside the order. Plaintiff's proof of service indicates that the motion was delivered to prison authorities for mailing on May 18, 2006, within ten court days after service of the order in question. A Magistrate Judge's orders will be

1

1  upheld unless "clearly erroneous or contrary to law." Local Rule 72-303(f). Upon review of the
2  entire file, the court finds that the Magistrate Judge's ruling was not clearly erroneous or contrary
3  to law. See Local Rule 6-144(c).
4        Accordingly, IT IS HEREBY ORDERED that:
5        1. Plaintiff's May 15, 2006 motion to set aside the order denying criminal
6  certification is denied; and
7        2. Plaintiff's May 23, 2006 motion to set aside the order granting defendants an
8  extension of time is denied.
9  Dated: July 13, 2006

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```