1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES T. DAVIS,

11            Plaintiff,                    No. CIV S-04-0878 GEB DAD P

12        vs.

13   C/O KISSENGER, et al.

14            Defendants.                   ORDER

15   _____/

16            On January 18, 2006, the court directed the United States Marshal to serve

17   plaintiff's complaint on nine defendants, including Correctional Officer Baker.  The Marshal was

18   directed to request a waiver of service of summons from each defendant before attempting

19   personal service.  If a waiver of service was not returned by any defendant within sixty days, the

20   Marshal was instructed to effect personal service on that defendant in accordance with the

21   provisions of Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and

22   thereafter to file the return of service with evidence of any attempts to secure a waiver of service

23   of summons and of all costs incurred in effecting personal service.

24            On June 22, 2006, the United States Marshal filed a return of service showing that

25   defendant Baker did not return the waiver of service of summons that was first mailed to him on

26   January 31, 2006, and then forwarded to him at a new address on February 15, 2006.  The return

1

1   of service shows that personal service was effected on June 17, 2006, and that the Marshal

2   incurred costs of $222.03 in effecting personal service on defendant Baker.

3          Rule 4 of the Federal Rules of Civil Procedure provides as follows:

4          An individual, corporation, or association that is subject to service
           under subdivision (e), (f), or (h) and that receives notice of an
5          action in the manner provided in this paragraph has a duty to avoid
           unnecessary costs of serving the summons. . . .

6

7          . . . .

           If a defendant located within the United States fails to comply with
8          a request for waiver made by a plaintiff located within the United
           States, the court shall impose the costs subsequently incurred in
9          effecting service on the defendant unless good cause for the failure
           be shown.

10

11  Fed. R. Civ. P. 4(d)(2).

12         The court finds that defendant Baker was given the opportunity required by Rule

13  4(d)(2) to waive service and failed to comply with the request.

14         Accordingly, IT IS HEREBY ORDERED that:

15         1.  Within fourteen days from the date of this order defendant Baker shall pay to

16  the United States Marshal the sum of $222.03, unless within the fourteen-day period defendant

17  files a written statement showing good cause for his failure to waive service.  The fourteen-day

18  period will not be extended.

19         2.  The Clerk of the Court is directed to serve a copy of this order on the United

20  States Marshal.

21  DATED: July 14, 2006.

22

23  _____
    DALE A. DROZD
24  UNITED STATES MAGISTRATE JUDGE

25  DAD:13:bb
    davi0878.tax
26

2