IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

      Plaintiff,                   2:04-cv-0878-GEB-DAD-P

    vs.

C/O KISSENGER, et al.,

      Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 13, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fifteen days. Plaintiff has filed objections to the findings and recommendations. Plaintiff has included in his objections a request for reconsideration of the separate order filed by the magistrate judge on July 13, 2006.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the magistrate judge's findings and recommendations to be supported by the

1

record and by proper analysis.  Upon review of the file, the court also finds that the rulings contained in the magistrate judge's separate order filed July 13, 2006, are not clearly erroneous or contrary to law.  See Local Rule 72-303(f).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 13, 2006 (#45) are adopted in full;

2. Plaintiff's January 23, 2006 application for a temporary restraining order (#16) is denied;

3. Plaintiff's April 24, 2006 motion for appointment of three-judge panel (#26) is denied; and

4. The rulings contained in the magistrate judge's order filed July 13, 2006 (#44) are affirmed.

Dated:  August 11, 2006

```
                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge
```