1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10   CHARLES T. DAVIS,
11            Plaintiff,                    No. CIV S-04-0878 GEB DAD P
12       vs.
13   C/O KISSENGER, et al.,                 ORDER
14            Defendants.
15   _____/
16            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil
17   rights action seeking relief under 42 U.S.C. § 1983. On February 20, 2007, plaintiff filed
18   numerous discovery requests. On February 22, 2007, defendants filed a motion for a protective
19   order and requested the court strike plaintiff's February 20, 2007 discovery requests from the
20   docket as premature. Specifically, defendants argue that because findings and recommendations
21   are pending before the assigned district judge recommending that several of plaintiff's claims be
22   dismissed, no answer has been filed and a discovery order has not been issued by the court,
23   plaintiff's discovery requests are premature  Defendants' motion will be granted in part.
24   /////
25   /////
26   /////

                                                 1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' February 22, 2007 motion for a protective order is granted in part. Defendants are required to respond to all relevant discovery requests 45 days after this court issues a discovery order; and

2. Defendants' February 22, 2007 request to strike plaintiff's February 20, 2007 discovery requests from the docket is denied.

DATED: February 27, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
davi0878.po