IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

      Plaintiff,                    2:04-cv-0878-GEB-DAD-P

    vs.

C/O KISSENGER, et al.,

      Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 12, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 12, 2007, are adopted in full;

2. Defendants' April 28, 2006 motion to dismiss pursuant to non-enumerated Rule 12(b) is granted as to Claims Five, Six, Ten, and Eleven and denied in all other respects;

3. Plaintiff's Claims Five and Eleven against defendant Norlin and Claims Six and Ten against defendant Runnels is dismissed without prejudice for failure to exhaust administrative remedies on those claims before bringing this action; and

4. Defendants Kissinger, Baker, Peery, Qualls, Money, Ingwerson, and Garrison shall file an answer to plaintiff's complaint.

Dated: March 12, 2007

GARLAND E. BURRELL, JR.
United States District Judge