IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES T. DAVIS,**<br><br>             Plaintiff,<br><br>     v.<br><br>**C/O KISSENGER, et al.,**<br><br>             Defendants. | 2:04-CIV-0878 GEB DAD P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |

Defendants have filed a request for extension of time to respond to plaintiff's discovery requests. Plaintiff has filed objections. Good cause appearing, Defendants are granted a 30-day extension of time to respond to Plaintiff's Discovery Requests. Defendants' responses to Plaintiff's Discovery Requests shall be due on or before Tuesday, June 5, 2007.

DATED: May 10, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/davi0878.36disc

1