IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES T. DAVIS,** | Case No. 2:04-cv-0878-GEB-DAD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |
| v. | |
| **C/O KISSENGER, et al.,** | |
| Defendants. | |

Defendants filed a request for a second extension of time to respond to Plaintiff's requests for production, interrogatories and admissions. Good cause appearing, Defendants shall respond to Plaintiff's discovery requests on or before July 5, 2007.

DATED: June 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/davi0878.36disc(2)

1