IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

    Plaintiff,                                2:04-cv-0878-GEB-DAD-P

    vs.

C/O KISSENGER, et al.,

    Defendants.                           <u>ORDER</u>

_____/

        On August 22, 2007, plaintiff filed objections to and a request for reconsideration of the magistrate judge's order filed August 13, 2007, denying plaintiff's discovery motions and a motion to compel defendants' counsel to take a settlement offer to his clients.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed August 13, 2007, is affirmed.

Dated:  September 12, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge