IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

        Plaintiff,                        2:04-cv-0878-GEB-DAD-P

    vs.

C/O KISSINGER, et al.,                ORDER

        Defendants.

                             /

        On March 24, 2008, plaintiff filed a timely request for reconsideration of the magistrate judge's order filed March 3, 2008, denying plaintiff's discovery motions, and the magistrate judge's scheduling order issued on the same date.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the orders of the magistrate judge filed March 3, 2008, are affirmed.

Dated:  July 14, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge