IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES T. DAVIS,** | CASE NO.: 2:04-cv-0878-GEB-DAD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **C/O KISSINGER, et al.,** | |
| Defendants. | |

Defendants request a one-week extension of time to file their opposition to plaintiff's motion for summary judgment and their cross motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that defendants are granted a one-week extension of time, up and until Tuesday, October 7, 2008, to oppose plaintiff's motion for summary judgment and to file their cross motion for summary judgment.

DATED: October 1, 2008.

/davi0878.36msj

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1