IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

      Plaintiff,                           No. CIV S-04-0878 GEB DAD P

      vs.

C/O KISSINGER, et al.,

      Defendants.               <u>ORDER</u>

_____/

Plaintiff has requested an extension of time to file and serve objections to the February 3, 2009 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's February 13, 2009 motion for an extension of time (Doc. No. 167) is granted; and

2. Plaintiff shall place his objections to the February 3, 2009 findings and recommendations in the mail on or before March 11, 2009.

DATED: February 23, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
davi0878.36objs