IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

        Plaintiff,                     No. CIV S-04-0878 GEB DAD P

    vs.

C/O KISSINGER, et al.,

        Defendants.             <u>ORDER</u>

_____/

        On January 26, 2009, plaintiff filed a second motion for summary judgment in this action. On January 28, 2009, defendants moved to strike the motion as untimely. On February 9, 2009, plaintiff filed an opposition to defendants' motion to strike.

        Plaintiff is advised that this court's March 3, 2008 scheduling order required that all pretrial motions be filed on or before July 25, 2008. Accordingly, plaintiff's second motion for summary judgment is untimely and will be stricken.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Defendants' January 28, 2009 motion to strike plaintiff's motion for summary judgment (Doc. No. 158) is granted; and

/////

/////

1

2. Plaintiff's January 26, 2009 motion for summary judgment (Doc. No. 154) is stricken as untimely.

DATED: March 10, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
davi0878.oot