IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

        Plaintiff,                    2:04-cv-0878-GEB-DAD-P

    vs.

C/O KISSINGER, et al.,

        Defendants.            <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed requests for reconsideration of the magistrate judge's orders denying his discovery motions, striking his second motion for summary judgment as out of time, and denying his motion for a "fast-track" settlement conference.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.  Accordingly, plaintiff's requests for reconsideration will be denied.

        Plaintiff has also filed a motion under Federal Rule of Civil Procedure 60(b)(3).  Therein, plaintiff seeks to vacate this court's order denying plaintiff's motion for summary

///

1 judgment and dismissing his state law claims.  Plaintiff's motion is premature because the court
2 has not entered a final judgment in this case.  See Fed. R. Civ. P. 60(b).
3        Therefore, IT IS HEREBY ORDERED that:
4        1.  Plaintiff's January 22, 2009, March 20, 2009, and September 3, 2009 requests
5 for reconsideration (Doc. Nos. 153, 173, and 187) are denied.  The orders of the magistrate judge
6 filed January 8, 2009, March 11, 2009, and August 25, 2009, are affirmed; and
7        2.  Plaintiff's March 27, 2009 motion to set aside the court's March 9, 2009 order
8 (Doc. No. 174) is denied.
9 Dated:  September 24, 2009

GARLAND E. BURRELL, JR.
United States District Judge