IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

    Plaintiff,                  No. CIV S-04-0878 GEB DAD P

    vs.

C/O KISSINGER, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On March 8, 2010, plaintiff filed a request for reconsideration of the magistrate judge's order filed February 25, 2010, denying his motion to compel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed February 25, 2010, is affirmed.

Dated: March 11, 2010

GARLAND E. BURRELL, JR.
United States District Judge

1