UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. DAVIS,<br><br>                Plaintiff,<br><br>vs.<br><br>C/O KISSINGER, et al.,<br><br>                Defendants.<br>_____/ | No. 2:04-cv-0878 GEB DAD P<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT CHARLES T. DAVIS, CDCR #P-05063, PLAINTIFF**<br><br>DATE:  October 23, 2012<br>TIME:  9:00 a.m. |

       Charles Davis, CDCR inmate # P-05063, a necessary and material witness in a settlement conference in this case on October 23, 2012, is confined in Pleasant Valley State Prison (PVSP), 24863 West Jayne Avenue, Coalinga, California 93210, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Gregory G. Hollows at the U.S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #9, at 9:00 a.m.

       **ACCORDINGLY, IT IS ORDERED that:**

       1.  The order and writ of habeas corpus ad testificandum (Docket No. 213) entered August 2, 2012 is hereby VACATED.

       2.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Hollows; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

       3.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, PVSP, P. O. Box 8500, Coalinga, California, 93210:**

       **WE COMMAND** you to produce the inmate named above to testify before Judge Hollows, at the time and place above, until completion of the settlement conference or as ordered by Judge Hollows; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.  This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

/////
/////
/////
/////
/////
/////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: September 13, 2012.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:dpw
DAD1/prisoner-civil rights/davi0878.841(2)