IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES T. DAVIS,** | Case No. 2:04-cv-0878-GEB-DAD (PC) |
| Plaintiff, | **ORDER GRANTING APPLICATION TO MODIFY SCHEDULING ORDER** |
| v. | |
| **C/O KISSINGER, et al.,** | |
| Defendants. | |

Defendants filed a motion to modify the scheduling order to reset the trial date due to a conflict with another trial for defense counsel. Defendants' motion is **GRANTED**. The trial is continued to August 6, 2013, commencing at 9:00 a.m.

**Date:  1/15/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28