UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

        Plaintiff,                  No. 2:04-cv-0878 TLN DAD P

  vs.

C/O KISSINGER, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
                                  /       **AD TESTIFICANDUM**

        Charles T. Davis, inmate # P-05063, a necessary and material witness in proceedings in this case on August 29, 2013, is confined in California State Prison, Los Angeles County, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by video-conferencing at California State Prison, Los Angeles County, August 29, 2013 at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, California State Prison, Los Angeles County, 44750 60th Street West, Lancaster, California 93536-7620:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 25, 2013.

                                                                       DALE A. DROZD
                                                                       UNITED STATES MAGISTRATE JUDGE

DAD:9
davi0878.841vid