UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALRES T. DAVIS, | No. 2:04-cv-0878 TLN DAD P |
| Plaintiff, | |
| v. | |
| C/O KISSINGER, et al., | |
| Defendants. | ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff previously filed with the court a pretrial statement as well as motions in limine and other pretrial motions. The court relieved the defendants of having to file their pretrial statement in light of the court's determination that appointment of counsel on plaintiff's behalf appeared to be warranted. See Doc. No. 247. However, despite extensive efforts undertaken to identify counsel willing to accept appointment on plaintiff's behalf, the court has been unsuccessful. In addition, the court recently supervised a settlement conference between the parties at which a settlement was not reached. Under these circumstances, the court will direct plaintiff to continue proceeding pro se and will order defendants to file their pretrial statement forthwith.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall continue proceeding pro se unless further ordered by the court; and

2. Within thirty days of the date of this order defendants shall file their pretrial statement.

Dated: September 16, 2013

DAD:9
davi0878.pts

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE