UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALRES T. DAVIS, | No.  2:04-cv-0878 TLN DAD P |
| Plaintiff, | |
| v. | |
| C/O KISSINGER, et al., | |
| Defendants. | ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On February 25, 2013, plaintiff filed a motion for the appointment of counsel.  (See Doc. No. 233.)  On April 18, 2013, the court found that the appointment of counsel was warranted and plaintiff's request for the appointment of counsel was granted and referred to the Court's Pro Bono Program.  (See Doc. No. 247.)  On October 7, 2013, attorneys Donald Aquinas Lancaster, Jr. and Jeff Dominic Price were selected from the court's pro bono attorney panel to represent plaintiff, and they have accepted that appointment.

In light of the recent appointment of counsel, the court will relieve defendants of the obligation filing a pretrial statement in accordance with the court's September 17, 2013, order. (See Doc. No. 261.)  In due course, the court will issue a new scheduling order for the filing of pretrial statements, pretrial conference, and jury trial before the assigned district judge.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Donald Aquinas Lancaster, Jr. and Jeff Dominic Price are appointed as counsel in the above entitled matter.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to their appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Donald Aquinas Lancaster, Jr., The Lancaster Law Group, 21900 Burbank Blvd., 3rd Floor, Woodland Hills, CA 91637 and upon Jeff Dominic Price, Law Office of Jeff Price, 1512 16th Street, Suite 2, Santa Monica, CA 90404.

4. Defendants are relieved of the obligation of filing a pretrial statement in accordance with the court's September 17, 2013, order.  In due course, the court will issue a new scheduling order for the filing of pretrial statements, pretrial conference, and jury trial before the assigned district judge.

Dated:  October 16, 2013

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
davi0878.appointment