1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    CHALRES T. DAVIS,                          No.  04-cv-00878 TLN-DAD

12               Plaintiff,

13        v.                                      **ORDER**

14    C/O KISSINGER, et al.,

15               Defendants.

16

17        Plaintiff is a state prisoner proceeding through counsel appointed on October 17, 2013

18    (ECF 263.).  Before the court appointed counsel, plaintiff filed a pretrial statement and various

19    pretrial motions in connection with his pretrial statement.  (See ECF 238-245, 248, 250.)  In light

20    of the appointment of counsel, as well as the court's recent scheduling of this matter for pretrial

21    conference on August 28, 2013 (ECF 266), the court hereby denies plaintiff's pro se motions

22    without prejudice to renewal by counsel.

23    Dated: January 10, 2014

24

25

26                                              _____
                                                Troy L. Nunley
27                                              United States District Judge

28

1