Donald Aquinas Lancaster, Jr., Esq.
California State Bar Number 258097
The Lancaster Law Group, APC
21900 Burbank Boulevard, 3rd Floor
Woodland Hills, CA 91367
Telephone Number:   818.992.2924
Facsimile Number:    818.992.2925
DLancaster@thelancasterlawgroup.com

Attorney for Plaintiff, Charles T. Davis.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES T. DAVIS,**<br>    PLAINTIFF,<br><br>    **v.**<br><br>**C/O KISSINGER, ET AL,**<br>    DEFENDANTS. | Case No.: 2:04-cv-0878-TLN-DAD (C)<br><br>**EX PARTE APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTFICANDUM AND ORDER GRANTING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO CHARLES T. DAVIS, CDCR NO. P05063.**<br><br>_____<br>Hearing Judge:  Honorable Troy L. Nunley<br>Trial Date:      October 27, 2014<br>Time:            9:00 a.m.<br>Dept.:           2 |

**Charles T. Davis, inmate CDCR No. P05063** ("Inmate"), a party and necessary and material witness in proceedings in this case scheduled to commence on October 27, 2014, is confined at **California Substance Abuse Treatment Facility and State Prison located at 900 Quebec Avenue Corcoran, California 93212** in the custody of the warden, Stu Sherman ("Warden"). In order to secure this Inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, Sacramento Federal Courthouse located at the ROBERT T. MATSUI FEDERAL COURTHOUSE, 501 I Street, Courtroom 2, 15th Floor, Sacramento, CA 95814 on October 27, 2014, at 9:00 a.m. and continuing throughout the duration of the jury trial.

**ACCORDINGLY, IT IS ORDERED that:**

1) A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce Inmate, also named herein, before the United States District Court at the above time and place and from day to day until completion of court proceedings or as ordered by the court;

2) The custodian is ordered to notify the court of any change in custody of Inmate and is ordered to provide the new custodian with a copy of this writ; and

3) The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testifcandum on the Out-of-Clerk Desk, **California Substance Abuse Treatment Facility and State Prison located at 900 Quebec Avenue Corcoran, California 93212.**

///
///
///
///
///
///
///
///

# WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden Stu Sherman**

**WE COMMAND,** you to produce **Charles T. Davis, inmate CDCR No. P05063** to testify in person before the United States District Court, Eastern District of California at the time and place and from day to day until completion of the proceedings or as ordered by the court.

FURTHER, you have been ordered to notify the court of any changes in custody of the inmate and have ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: September 16, 2014

_____
Troy L. Nunley
United States District Judge