1  Donald Aquinas Lancaster, Jr., Esq.
   California State Bar Number 258097
   The Lancaster Law Group, APC
2  21900 Burbank Boulevard, 3rd Floor
   Woodland Hills, CA 91367
3  Telephone Number:    818.992.2924
   Facsimile Number:    818.992.2925
4  DLancaster@thelancasterlawgroup.com

5
   Attorney for Plaintiff, Charles T. Davis.
6

7

8

9                     UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11                     SACRAMENTO DIVISION

12

13 **CHARLES T. DAVIS,**            ) Case No.: 2:04-cv-0878-TLN-DAD (C)
                 PLAINTIFF,         )
                                    ) **EX PARTE APPLICATION FOR WRIT**
14       **v.**                     ) **OF HABEAS CORPUS AD**
                                    ) **TESTIFICANDUM AND ORDER**
15                                  ) **GRANTING WRIT OF HABEAS CORPUS**
   **C/O KISSINGER, ET AL,**        ) **AD TESTIFICANDUM AS TO SONNY**
16              DEFENDANTS.         ) **RAY HARDAWAY, CDCR NO. P45579.**
                                    )
17                                  )
                                    )
18                                  ) _____
                                    ) Hearing Judge:  Honorable Troy L. Nunley
                                    ) Trial Date:        October 27, 2014
19                                  ) Time:               9:00 a.m.
                                    ) Dept.:                2
20 _____ )

21

22

23

24

25

26

27

28

_____
**Order Writ of Habeas Corpus Ad Testificandum**
**Page 1**

1    **Sonny Ray Hardaway,** inmate CDCR No. P45579, a necessary and

2  material witness in proceedings in this case scheduled for trial to commence on October 27,

3  2014, is confined at in **Salinas Valley State Prison, 31625 Highway 101, Soledad, CA 93960**

4  in the custody of the warden, **R.T.C. Grounds.** In order to secure this Inmate's attendance it is

5  necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to

6  produce the inmate in Court, Sacramento Federal Courthouse located at **the ROBERT T.**

7  **MATSUI FEDERAL COURTHOUSE, 501 I Street, Courtroom 2, 15th Floor, Sacramento,**

8  **CA 95814 on October 27, 2014, at 9:00 a.m.** and continuing throughout the duration of the jury

9  trial.

10    **ACCORDINGLY, IT IS ORDERED that:**

11    1)  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court,

12  commanding the Warden to produce Sonny Ray Hardaway, before the United States District

13  Court at the above time and place and from day to day until completion of court proceedings or

14  as ordered by the court;

15    2)  The custodian is ordered to notify the court of any change in custody of Inmate and is

16  ordered to provide the new custodian with a copy of this writ; and

17    3)  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of

18  habeas corpus ad testificandum on the Out-of-Clerk Desk, in **Salinas Valley State**

19  **Prison, 31625 Highway 101, Soledad, CA 93960.**

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

2        **To:    Warden R.T.C. Grounds**

3

4        **WE COMMAND,** you to produce **Sonny Ray Hardaway** to testify in person before the

5    United States District Court, Eastern District of California at the time and place and from day to

6    day until completion of the proceedings or as ordered by the court.

7        FURTHER, you have been ordered to notify the court of any changes in custody of the

8    inmate and have ordered to provide the new custodian with a copy of this writ.

9

10   IT IS SO ORDERED.

11

12   Dated: September 16, 2014

13

14

15

16   _____

17   Troy L. Nunley
     United States District Judge

18

19

20

21

22

23

24

25

26

27

28