1
Donald Aquinas Lancaster, Jr., Esq.
California State Bar Number 258097
The Lancaster Law Group, APC
2
21900 Burbank Boulevard, 3rd Floor
Woodland Hills, CA 91367
3
Telephone Number:    818.992.2924
Facsimile Number:    818.992.2925
4
DLancaster@thelancasterlawgroup.com

5

Attorney for Plaintiff, Charles T. Davis.
6

7

8

9                          UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11                             SACRAMENTO DIVISION

12

13   **CHARLES T. DAVIS,**                )   Case No.: 2:04-cv-0878-TLN-DAD (C)
                   PLAINTIFF,              )
                                          )   **EX PARTE APPLICATION FOR WRIT**
14        **v.**                          )   **OF HABEAS CORPUS AD**
                                          )   **TESTFICANDUM AND ORDER**
15                                        )   **GRANTING WRIT OF HABEAS CORPUS**
     **C/O KISSINGER, ET AL,**            )   **AD TESTIFICANDUM AS TO JIMMY**
16                 DEFENDANTS.            )   **MCMILLAN CDCR NO. P31432.**
                                          )
17                                        )
                                          )
18                                        )   _____
                                          )   Hearing Judge:  Honorable Troy L. Nunley
19                                        )   Trial Date:        October 27, 2014
                                          )   Time:               9:00 a.m.
20   _____)   Dept.:               2

21

22

23

24

25

26

27

28

_____
**Order Writ of Habeas Corpus Ad Testificandum**
**Page 1**

1    **Jimmy McMillan,** inmate **CDCR No. P31432**, a necessary and

2    material witness in trial proceedings scheduled to commence  on **October 27, 2014**, is confined

3    at in **California State Prison, Los Angeles County** in the custody of the warden, **J. Soto.** In

4    order to secure this Inmate's attendance it is necessary that a Writ of Habeas Corpus ad

5    Testificandum issue commanding the custodian to produce the inmate in Court, Sacramento

6    Federal Courthouse located at the **ROBERT T. MATSUI FEDERAL COURTHOUSE, 501 I**

7    **Street, Courtroom 2, 15th Floor, Sacramento, CA 95814 on October 27, 2014, at 9:00 a.m.**

8    and continuing throughout the duration of the jury trial.

9        **ACCORDINGLY, IT IS ORDERED that:**

10       1)  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court,

11   commanding the Warden to produce **Jimmy McMillan** before the United States District Court at

12   the above time and place and from day to day until completion of court proceedings or as

13   ordered by the court;

14       2)  The custodian is ordered to notify the court of any change in custody of Inmate and is

15   ordered to provide the new custodian with a copy of this writ; and

16       3)  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of

17   habeas corpus ad testificandum on the Out-of-Clerk Desk, in **California State Prison, Los**

18   **Angeles County.**

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

_____
**Order Writ of Habeas Corpus Ad Testificandum**
**Page 2**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:    Warden J Soto**

**WE COMMAND,** you to produce **Jimmy McMillan** to testify in person before the United States District Court, Eastern District of California at the time and place and from day to day until completion of the proceedings or as ordered by the court.

FURTHER, you have been ordered to notify the court of any changes in custody of the inmate and have ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: September 16, 2014

Troy L. Nunley
United States District Judge

_____
**Order Writ of Habeas Corpus Ad Testificandum**
**Page 3**