IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Charles T. Davis

        Plaintiff(s)

vs.

C/O Kissinger et al

        Defendants.

No. 2:04-cv-0878-TLN-DAD (PC)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Donald Aquinas Lancaster, Jr. , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on October 16, 2013 , by the Honorable Dale A. Drodz , United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

1) Mileage to and from trial,
2) Lodging for trial, and
3) Meals while prosecuting case.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 2,000.00 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:04-cv-0878-TLN-DAD- (PC)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  | Lodging for trial | $974.30 |
|  | Food for trial | $160.48 |
|  | Mileage for trial | $534.24 |
|  | Total | $1,669.02 |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of November, 20 14, at Woodland Hills, California.

/s/Donald Aquinas Lancaster, Jr.

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: DECEMBER 1, 2014

United States District Judge/Magistrate Judge