UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES T. DAVIS,**<br>         PLAINTIFF,<br><br>     **v.**<br><br>**C/O KISSINGER, ET AL,**<br>         DEFENDANTS. | Case No.: 2:04-cv-0878 TLN-DAD (PC)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>**Honorable Troy L. Nunley**<br>**Case Status:     Closed** |

The Court has reviewed the motion by Donald Aquinas Lancaster, Jr., Esq. to withdraw as counsel for Mr. Charles T. Davis in the above-captioned matter.  (ECF No. 363.)  The Court has reviewed the motion submitted and finds good cause and proof satisfactory to grant this motion.  As such, the Court hereby grants Mr. Lancaster's motion to withdraw as counsel in this matter.

**IT IS SO ORDERED.**

Dated:  December 23, 2014

Troy L. Nunley
United States District Judge

---

**Order Granting Motion to Withdraw As Counsel of Record**
**Page 1**